# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5161**  **September Term, 2024**

**1:24-cv-01626-SLS**

**Filed On:** August 5, 2025

Eeon, A Sole Proprietor and Eeon
Foundation, A Sole Proprietorship,

       Appellants

    v.

United States of America, et al.,

       Appellees


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, the motion for reasonable accommodations and suspension of rules, and the motion for other relief styled as an "objection to unauthorized interference and procedural misappropriation," it is

**ORDERED** that the motion for other relief be denied. Appellant has shown no procedural impropriety in the court's processing of his appeal. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's March 20, 2025 order dismissing his case be affirmed. Appellant has shown no error in the district court's conclusions that appellant failed to provide proof of service and failed to respond to the district court's order to show cause why the case should not be dismissed. It is

**FURTHER ORDERED** that the motion for reasonable accommodations and suspension of rules be dismissed as moot.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 25-5161

## September Term, 2024

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### <u>Per Curiam</u>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk